# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| CHRISTY NEFF, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Cause No. 4:19-CV-64-HAB |
| ANDREW SAUL, Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

The United States Magistrate Judge's Report and Recommendation [DE 20] was issued July 30, 2020, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation [DE 20] is ACCEPTED AND ADOPTED.

The final decision of the Defendant Commissioner of Social Security denying Plaintiff Christy Neff's application for Social Security disability benefits is REMANDED.

The Clerk shall enter judgment in favor of Plaintiff and against Defendant.

SO ORDERED on August 18, 2020.

                                                    s/ Holly A. Brady  
                                                    JUDGE HOLLY A. BRADY  
                                                    UNITED STATES DISTRICT COURT