UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| CHRISTY NEFF,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CAUSE NO.: 4:19-CV-64-HAB-JEM |
| ANDREW M. SAUL, Commissioner of<br>the Social Security Administration,<br>    Defendant. | )<br>)<br>)<br>) |

**FINDINGS, REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE PURSUANT TO
28 U.S.C. § 636(b)(1)(B) & (C)**

This matter is before the Court on a Joint Stipulation to Award Attorney Fees Under EAJA [DE 23], filed November 12, 2020. The parties represent that they have agreed that Plaintiff should receive an award of $4,797.06 in fees and costs pursuant to 28 U.S.C. § 2412(d).

On October 23, 2019, Judge Holly A. Brady entered an Order [DE 12] referring this matter to the undersigned Magistrate Judge for a report and recommendation on the instant case pursuant to 28 U.S.C. § 636(b)(1)(B). This Report constitutes the undersigned Magistrate Judge's combined proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).

Upon review of the motion and noting the agreement of the parties, the Court **RECOMMENDS** that the District Court **GRANT** the Joint Stipulation to Award Attorney Fees Under EAJA [DE 23] and **ORDER** that Plaintiff be awarded of $4,797.06, to fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the Commissioner can verify that Plaintiff does not owe any pre-existing debt subject to an offset, the Commissioner will direct the award to be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and Plaintiff's attorney.

This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(C). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-261 (7th Cir. 1989); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

SO ORDERED this 13th day of November, 2020.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record