# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| CHRISTY NEFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:19-CV-64-HAB |
| ) | |
| ANDREW M. SAUL, Commissioner of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The United States Magistrate Judge's Report and Recommendation (ECF No. 24) was issued November 13, 2020, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation (ECF No. 24) is ACCEPTED AND ADOPTED.

The Joint Stipulation to Award Attorney Fees Under EAJA (ECF No. 23) is GRANTED. Plaintiff is awarded attorney fees in the amount of $4,797.06, to fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the Commissioner can verify that Plaintiff does not owe any pre-existing debt subject to an offset, the Commissioner will direct the award to be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and Plaintiff's attorney.

SO ORDERED on December 14, 2020.

                                               s/ Holly A. Brady  
                                              JUDGE HOLLY A. BRADY  
                                              UNITED STATES DISTRICT COURT